# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JESUS ROBERTO BANDA | § | |
| | § | |
| Petitioner | § | |
| VS. | § | CIVIL NO. 2:17-CV-193 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

The Court has received the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 16. The time to file objections has passed, and no objections have been filed. FED. R. CIV. P. 72(b) (setting 14-day deadline); *see also* M&R, Dkt. No. 16 at 9 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 16, and **DISMISSES** the above-captioned cause of action. Final judgment will be entered separately.

SIGNED this 11th day of April, 2018.

_____
Hilda Tagle
Senior United States District Judge